NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000569
17-NOV-2016
10:07 AM

NO. CAAP-15-0000569

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ALBERT BATALONA, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING PRISONER NO. 10-1-0096
(CRIMINAL NO. 99-1549))

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed October 18, 2016 and the Judgment on Appeal filed November 17, 2016 in the above case is corrected as follows:

The portion of the caption that reads "APPEAL FROM THE CIRCUIT COURT OF THE CIRCUIT CIRCUIT" is corrected to read "APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, November 17, 2016.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding J., Leonard and Reifurth, JJ.